No. 1,662.—LAVELL, APPELLANT, *v.* BOARD OF COM-
MISSIONERS OF SILVER BOW
COUNTY, RESPONDENT.

*Appeal from District Court, Silver Bow County.*

On motion to strike, and to dismiss appeal.

Decided February 28, 1902.

PER CURIAM.—The motion to strike is sustained in part;
and the motion to dismiss the appeal is hereby sustained and
the appeal is dismissed for the reason that the certificate is not
in conformity with the law.

MR. JUSTICE PIGOTT dissents from the order dismissing the
appeal.

*Mr. Raymond M. Place,* for Appellant.

*Mr. James Donovan, Attorney General,* for Respondent.